# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALLIANTGROUP, L.P. | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-0479 |
| | § |
| | § |
| | § |
| JEFFREY FEINGOLD, | § |
| | § |
| Defendant. | § |

## ORDER

Laura J. Coe and Chamberlain, Hrdlicka, White, Williams, & Martin have moved to withdraw as counsel for the defendant. The motion is granted. Christopher Bell is substituted as counsel.

SIGNED on March 2, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge