**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALLIANTGROUP, L.P. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-0479 |
| § | |
| JEFFREY FEINGOLD, *et al.*, § | |
| § | |
| Defendants. § | |

**PRELIMINARY INJUNCTION**

Because Alliantgroup has met the requirements for a preliminary injunction, the following order is entered.

Feingold, his officers, agents, servants, employees, and attorneys, and all persons acting in connect with him, are enjoined from the following acts:

• directly or indirectly soliciting – or assisting in soliciting – clients to whom Feingold provided services or attempted to provide services on behalf of Alliantgroup during his employment with Alliantgroup, to provide any services that Alliantgroup provided its actual clients or prospective clients. This restriction does not extend to any client relationships Feingold developed before becoming an Alliantgroup employee. This restriction extends to January 13, 2010 or further order of this court.

• directly or indirectly soliciting or diverting – or attempting to solicit or divert – from Alliantgroup, the business of any referring certified public accountant ("CPA") or prospective referring CPA of Alliantgroup, to whom Feingold had provided services or had attempted to provide services on behalf of Alliantgroup during his employment with Alliantgroup. This restriction does

not extend to any relationship with a referring CPA Feingold developed before becoming an Alliantgroup employee. This restriction extends to January 13, 2010 or further order of this court.

- directly or indirectly providing, marketing, or selling – or attempting to provide, market, or sell – any Research & Development tax credit services in the States of Massachusetts, Rhode Island, or New York. This restriction extends to January 13, 2010 or further order of this court.

- using, publishing, or disclosing, or authorizing anyone else to publish or disclose, to any other person or organization, any of Alliantgroup's "pipelines," trade secrets, or confidential information, including, but not limited to, the identity of or information concerning Alliantgroup's clients or prospective clients, referring CPAs, or prospective referring CPAs.

Feingold must immediately return or disclose to Alliantgroup all documents and electronically stored information containing Alliantgroup's confidential business information or trade secrets or other company property, including, but not limited to, information concerning Alliantgroup's current clients, prospective clients, referring CPAs, and prospective referring CPAs.

Alliantgroup must post a bond in the amount of $1,000.00.

SIGNED on May 11, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge