IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLIANTGROUP, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-0479 |
| | § | |
| | § | |
| | § | |
| JEFFREY FEINGOLD, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Alliantgroup L.P. has filed a motion to compel. (Docket Entry No. 20). The defendant must file a response to the motion by **July 29, 2009.** A phone conference is set for **August 6, 2009** at 4:00 p.m. The parties will call the court's designated line at 713-250-5550.

SIGNED on July 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge