# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ALLIANTGROUP, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-0479 |
| | § | |
| | § | |
| | § | |
| JEFFREY FEINGOLD, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Alliantgroup L.P., has filed a motion to compel. (Docket Entry No. 58). The parties have informed the court that they have agreed on an extension of time for the response date and the hearing on them motion. The defendant's response deadline is extended to **August 6, 2009.** The telephone hearing is reset to **August 14, 2009, at 2:00 p.m.**

SIGNED on July 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge