IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLIANTGROUP, L.P. | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-09-0479 |
| | § § § § | |
| JEFFREY FEINGOLD, | § § | |
| Defendant. | § | |

**ORDER**

On October 9, 2009, the parties filed a joint status report with the court. Based on that report, as well as the pleadings, motions, and record, this court orders ALLIANTGROUP, L.P. to show cause, no later than **October 30, 2009**, why this case should not be dismissed. ALLIANTGROUP, L.P. must address why the dispute between ALLIANTGROUP, L.P. and KLR is part of this case, given that KLR is not a party, and what reasonable damages claims against Feingold remain, given the cessation of his employment with KLR.

SIGNED on October 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge