IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLIANTGROUP, L.P.,  §  §  Plaintiff,  §  §  v.  §   CIVIL ACTION NO. H-09-0479  §  §  §  JEFFREY FEINGOLD,  §  §   Defendant.  § | |

## ORDER

Defendant Jeffrey Feingold filed a motion for leave to file a motion for summary judgment. (Docket Entry No. 74). Alliantgroup responded that if a summary judgment motion is permitted, Alliantgroup should be able to depose Feingold. (Docket Entry No. 75). Feingold's motion for leave to file a summary judgment motion is granted. The grounds presented in that motion may well affect the discovery that is appropriate. This court will rule on Alliantgroup's discovery request after the summary judgment motion is filed and Alliantgroup decides whether to seek discovery under Rule 56(f).

SIGNED on April 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge